# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAGHAM BAJOUA,<br><br>                       Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES, INC.,<br><br>                       Defendant. | Case No. 20-cv-1458-MMA (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 21] |

    The parties have filed a joint motion to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 21. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action **with prejudice**. Each party shall bear its own attorneys' fees and costs. The Court **DIRECTS** the Clerk of Court to terminate this action in its entirety.

    **IT IS SO ORDERED**.

Dated: July 12, 2021

*[signature]*

Hon. Michael M. Anello

United States District Judge